AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

for the

District of Vermont  ☑

2022 JAN 25  PM 2: 46

CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| REGINALD WATSON | ) | Case No. |
| | ) | |
| | ) | 2:22 mj-8-1 |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 23, 2021_____ in the county of _____Rutland_____ in the

_____ District of _____Vermont_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed a firearm |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Joseph Dornbierer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __January 25, 2022__

City and state: _____Burlington, Vermont_____

_____
*Judge's signature*

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*